United States Bankruptcy Court for the:

District of Columbia

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Dlinas Properties LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  46-3703052

4. **Debtor's address**

   **Principal place of business**
   3223 Warder St NW
   Number   Street
   Unit 2

   Washington   DC   20011
   City   State   ZIP Code

   District of Columbia
   County

   **Mailing address, if different from principal place of business**
   _____
   Number   Street
   _____
   P.O. Box
   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street
   _____
   _____
   City   State   ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  Dlinas Properties LLC                                                  Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes.  District  DDC   When 10/23/2024   Case number 24-355
                                    MM / DD / YYYY
           District _____   When _____   Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes.  Debtor  Juana Rosa Minano          Relationship  Sole/Managing Member
           District DDC                       When  06/17/2024
                                                    MM / DD / YYYY
           Case number, if known  24-216

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 2

Debtor __Dlinas Properties LLC_____     Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                    Number      Street

    _____
    _____  _____  _____
    City                                                  State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Dlinas Properties LLC**  
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/24/2024**  
MM / DD / YYYY

✘ **/s/ Juana Rosa Minano**  
Signature of authorized representative of debtor

**Juana Rosa Minano**  
Printed name

Title **Sole/Managing Member**

**18. Signature of attorney**

✘ **/s/ Daniel Press**  
Signature of attorney for debtor

Date **10/24/2024**  
MM / DD / YYYY

**Daniel Press**  
Printed name

**Chung & Press, P.C.**  
Firm name

**6718 Whittier Ave Ste 200**  
Number     Street

**McLean**          **VA**     **22101**  
City               State   ZIP Code

**7037343800**  
Contact phone

**dpress@chung-press.com**  
Email address

**419739**  
Bar number

**DC**  
State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**

**Fill in this information to identify the case:**

Debtor name __Dlinas Properties LLC_____

United States Bankruptcy Court for the: __District of Columbia_____

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor __Dlinas Properties LLC_____  Case number (*if known*)_____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**United States Bankruptcy Court**

**IN RE:**                                                         Case No._____

Dlinas Properties LLC
_____ Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Juana Rosa Minano<br>3223 Warder St Unit 2, Washington, DC 20011 | 100 | Managing member |

**Fill in this information to identify the case and this filing:**

Debtor Name: Dlinas Properties LLC

United States Bankruptcy Court for the: District of Columbia

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Equity security holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/24/2024
MM / DD / YYYY

✗ /s/ Juana Rosa Minano
Signature of individual signing on behalf of debtor

Juana Rosa Minano
Printed name

Sole/Managing Member
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF District of Columbia

In re Dlinas Properties LLC

Case No. _____

Chapter 1~~1~~

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Dlinas Properties LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[x] None [check if applicable]

10/24/2024                                    /s/ Daniel Press
Date                                          Statement of attorney or Litigant

## EXHIBIT A TO PETITION
## CORPORATE RESOLUTION OF DLINAS PROPERTIES, LLC

### October 22, 2024

Dlinas Properties, LLC (the "LLC"), is a single owner limited liability company. A special meeting of the Borad of Directors/Officers/Members of Dlinas Properties, LLC was conducted on October 23, 2024, at 3223 Warder Street, NW, Washington, DC 20010. The sole member, Juana Rosa Minano, was present. The special meeting was called by Juana Rosa Minano, as President to discuss the financial condition of the LLC and to consider the filing of a Chapter 11 petition in bankruptcy to protect the assets and stay the foreclosure of its property. After a review of the finances of the LLC and a review of pending litigation concerning the LLC, Juana Rosa Minano unilaterally approved and the filing of a Chapter 11 bankruptcy petition and to retain counsel within (10) days of the filing to administer the bankruptcy process for Dlinas Properties, LLC in the United States Bankruptcy Court of the District of Columbia which is where the LLC is registered and where most of its assets are located. The President and sole Member of the LLC, Juana Rosa Minano, shall be authorized to make the initial filing and retain counsel to complete all the necessary filings and complete accounts as may be necessary to file and administer such petition.

BE IT RESOLVED THAT, that the Board of Directors/Members/Officers of the LLC hereby authorizes the filing of a Chapter 11 petition in the United States Bankruptcy Court for the District of Columbia.

October 23, 2024　　　　　　　　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　Juan Rosa Minano, Director/President

FILED

OCT 23 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re                                           )
Dlinas Properties LLC                )   Case No. _____
                                              )
_____,     )    Chapter 11
                                           )
                     Debtor(s).     )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **_Flat Fee_**

For legal services, I have agreed to accept ............................................................ $_____

Prior to the filing of this statement I have received ................................................ $_____

Balance Due ........................................................................................................... $_____

☑ **_Hourly Fee_**

For legal services, I have agreed to accept and I received a retainer of. .................... $ 8,262.00

The undersigned shall bill against the retainer at an hourly rate of ............................ $ 495.00
[Or attach firm hourly rate schedule] as such rate may change over time based on periodic increases.

Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

☐ **_Pro Bono_ Representation**
I have agreed to provide services without compensation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The debtor ☑ has ☐ has not agreed to reimburse expenses.

The source of the compensation paid to me was:

☐ Debtor    ☒ Other (specify)    JR & D Home Away, LLC

The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

With respect to the compensation described herein:

☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case (other than services excluded by the paragraph below) including:

Analysis of the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

[Other provisions as needed]
$10,000 fee advance; $1738 filing fee, $79 prepetition costs, and $990 prepetition fees paid prepetition,

By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to

| 10/24/2024 | /s/ Daniel Press, 419739 |
| --- | --- |
| *Date* | *Signature of Attorney* |
| | Chung & Press, P.C. |
| | *Name of law firm* |

---

2

United States Bankruptcy Court

District of Columbia

In re: Dlinas Properties LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/24/2024

/s/ Juana Rosa Minano
Signature of Individual signing on behalf of debtor

Sole/Managing Member
Position or relationship to debtor

DLJ Mortgage Capital Inc.
448 Viking Dr Ste 350
Virginia Beach, VA 23452


Select Portfolio Servicing
Bankruptcy Dept
PO Box 65250
Salt Lake City, UT 84165


Washington Capital Partners
8401 Greensboro Dr
Ste 960
McLean, VA 22102