Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-362-ELG |
| | ) | (Chapter 11) |
| DLINAS PROPERTIES LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

1

                                                                 Respectfully submitted,

Dated: October 24, 2024                   By: /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig, Esq.
                                                          Bar No. MD18071
                                                          The VerStandig Law Firm, LLC
                                                          1452 W. Horizon Ridge Pkwy, #665
                                                          Henderson, Nevada 89012
                                                          Phone: (301) 444-4600
                                                          Facsimile: (301) 444-4600
                                                          mac@mbvesq.com
                                                          *Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of October, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                               /s/ Maurice B. VerStandig
                                                                               Maurice B. VerStandig