## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

```
-------------------------------------------------------------X
In re:                                    :        Chapter 11
                                          :
Dlinas Properties LLC                     :        Case No.  24-362
        Debtor.                           :
                                          :
-------------------------------------------------------------X
```

### APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF CHUNG & PRESS, P.C. AS COUNSEL FOR DEBTOR-IN-POSSESSION
### NOTICE OF APPLICATION, AND NOTICE OF OPPORTUNITY TO OBJECT

Debtor Dlinas Properties LLC, through counsel, has filed Application for Order Authorizing Employment of Chung & Press, P.C. as Counsel for Debtor-In-Possession. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before November 8, 2024, you or your attorney must file with the Court a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you file a timely response to the application, the Court may schedule a hearing on the motion.  If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

**Dlinas Properties LLC**, debtor and debtor-in-possession (the "Debtor"), submits

this application (the "Application") pursuant to section 327(a) of title 11 of the United

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure (the

"Bankruptcy Rules") 2014(a) for an order authorizing the Debtor to employ and retain

the firm of Chung & Press, P.C. ("Chung & Press") as its attorneys in this chapter 11

case. In support of this Application, the Debtor respectfully represents to this Honorable

Court as follows:

1.      Debtor filed its bankruptcy case on October 24, 2024, under Chapter 11 of

title 11 of the U.S. Code.

2.      The Debtor continues to hold its assets as debtor-in-possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code. No unsecured creditors' committee

has been appointed in this case. No trustee or examiner has been appointed.

3.      Debtor owns and operates multiple real estate properties. This case was

filed due to a pending foreclosure on one of them.

4.      The Debtor desires to retain and employ Chung & Press pursuant to

section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to perform all legal

services in these proceedings as more fully set forth below.

5.      In order to enable the Debtor to perform its duties as debtor-in-possession

and to effect the proper and expeditious administration of this case, Chung & Press will

be required to render legal services to the Debtor in connection with this proceeding,

including, but not limited to, the following:

a)      Preparing all schedules, statements, and other required filings.

b)      Assisting and advising the Debtor relative to the administration

of this proceeding;

c)      Representing the Debtor before the Bankruptcy Court and advising the Debtor on all pending litigations, hearings, motions, and of the decisions of the Bankruptcy Court;

d)      Reviewing and analyzing all applications, orders, and motions filed with the Bankruptcy Court by third parties in this proceeding and advising the Debtor thereon;

e)      Attending all meetings conducted pursuant to section 341(a) of the Bankruptcy Code and representing the Debtor at all examinations;

f)      Communicating with creditors and all other parties in interest;

g)      Assisting the Debtor in preparing all necessary applications, motions, orders, supporting positions taken by the Debtor, and preparing witnesses and reviewing documents in this regard;

h)      Conferring with all other professionals, including any accountants and consultants retained by the Debtor and by any other party in interest;

i)      Assisting the Debtor in negotiations with creditors or third parties concerning the terms of any proposed plan of reorganization;

j)      Preparing, drafting and prosecuting the plan of reorganization and disclosure statement; and

k)      Assisting the Debtor in performing such other services as may be in the interest of the Debtor and the Estate and performing other legal services required by the Debtor.

6.      The Debtor believes that Chung & Press is well-qualified to be counsel to the Debtor, having ample experience in bankruptcy and insolvency matters.  Chung &

Press's attorneys have had considerable experience in matters of this nature and are capable of rendering the services required.

7.      As set forth in the Affidavit of Daniel M. Press, (the "Affidavit"), annexed hereto and made a part hereof, Chung & Press represents no interest adverse to the estate regarding the matters upon which it is to be engaged, and is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b).  Chung & Press will not, while retained by the Debtor, represent any other party in interest in connection with this case.

8.      The members and associates of Chung & Press do not have any connection with the Debtor (other than as its attorneys), its shareholders, affiliates, officers, directors, creditors, or any other party in interest, the United States trustee, or any person employed in the office of the United States trustee, except that Daniel Press does serve on the board of the Northern Virginia Bankruptcy Bar Association with Michael T. Freeman, Asst. U.S. Trustee.

9.      The employment of Chung & Press is in the best interests of Debtor, its creditors and the estate.

10.     Chung & Press will charge fees and expenses incurred in representing the Debtor in these proceedings based on the normal rates charged by the attorneys and paralegals of Chung & Press for similar clients.  Mr. Press' rate is currently $495/hr. Chung & Press received a $10,000 fee/cost advance, from which it was reimbursed the $1738 filing fee, $79 in prepetition costs, and $990 in prepetition fees, leaving a balance of $7193 on account.  Chung & Press will seek compensation for services rendered and

expenses incurred upon appropriate application to the court pursuant to sections 330 and

331 of the Bankruptcy Code and Bankruptcy Rules.

WHEREFORE, the Debtor requests that it be authorized to retain and employ

the law firm of Chung & Press, P.C. as its counsel to assist in the performance of its

functions and otherwise with respect to this case pursuant to section 327(a) of the

Bankruptcy Code and Bankruptcy Rule 2014(a), and for such other relief as the Court

deems just and proper.

Dated:    October 25, 2024.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 25th day of October, 2024, I caused the foregoing paper to be served on the U.S. Trustee by CM/ECF, and by first class mail, postage prepaid, on all creditors on the attached Matrix.


  /s/ Daniel M. Press_____
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

Label Matrix for local noticing
0090-1
Case 24-00362-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Fri Oct 25 07:28:23 EDT 2024

Dlinad Properties LLC
3223 Warder St NW
Unit 2
Washington, DC 20010-3280

WCP Fund I LLC
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

DLJ Mortgage Capital Inc.
448 Viking Dr Ste 350
Virginia Beach, VA 23452-7397

Select Portfolio Servicing
Bankruptcy Dept
PO Box 65250
Salt Lake City, UT 84165-0250

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

WCP Fund I LLC
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Washington Capital Partners
8401 Greensboro Dr
Ste 960
McLean, VA 22102-5149

Daniel M. Press
Chung & Press, P. C.
6718 Whittier Ave.
Suite 200
McLean, VA 22101-4531

End of Label Matrix
Mailable recipients        9
Bypassed recipients        0
Total                      9