## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

```
------------------------------------------------------------X
In re:                                    :        Chapter 11
                                          :
Dlinas Properties LLC                     :        Case No.  24-362
            Debtor.                       :
                                          :
------------------------------------------------------------X
```

### AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY
### PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE

I, Daniel M. Press, affirm and declare under penalty of perjury as follows:

1.      I am an attorney with the law firm of Chung & Press P.C. ("Chung & Press"), which maintains offices for the practice of law at 6718 Whittier Ave., Suite 200, McLean, Virginia 22101.

2.      I am admitted to practice before the Courts of the Commonwealth of Virginia, State of Maryland, District of Columbia, the United States District Courts for the District of Maryland, Eastern and Western Districts of Virginia, District of Columbia, Northern District of California, Eastern District of Missouri, Eastern District of Michigan, Northern District of Ohio, and District of Puerto Rico, including the Bankruptcy Courts situated therein, the U.S. Courts of Appeals for the 4th, D.C., 9th, 3rd and Federal Circuits, and the U.S Supreme Court.

3.      I submit this affidavit in support of the application of **Dlinas Properties LLC** (the "Debtor") to employ Chung & Press as counsel to represent the Debtor in this chapter 11 case.  Neither I, nor Chung & Press, nor any principal, or

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

associate thereof, insofar as I have been able to ascertain after reasonable investigation,

has any connection with the Debtor, other than as its attorneys in this case, nor with its

members, creditors, any other parties-in-interest, their respective attorneys and

accountants, the United States trustee, or any person employed in the office of the United

States trustee, except that Daniel Press serves on the board of the Northern Virginia

Bankruptcy Bar Association with Michael T, Freeman, Asst. U.S. Trustee.

4.      The Debtor desires to employ Chung & Press under a general

retainer because of the diverse legal services that are likely to be required.  Subject to the

approval of the Court, the Debtor has agreed to compensate Chung & Press at its usual

hourly rates and to reimburse the firm for its expenses, charges and disbursements.

5.      Insofar as I have been able to ascertain, Chung & Press and its

attorneys are disinterested persons within the meaning of 11 U.S.C. § 101(14).

6.      Chung & Press will not, while engaged in this case, undertake

representation of any other person or entity in connection therewith.

7.      My hourly rate is $495/hr.  I have received a $10,000 fee/cost

advance, from which I was reimbursed the $1738 filing fee, $79 in prepetition costs, and

$990 prepetition fees, leaving a balance of $7193 on account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2024.

   /s/ Daniel M. Press
Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com