**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re: | Case No. 24-00362-ELG |
|---|---|
| **Dlinas Properties LLC**<br>**Debtor** | **Chapter 11** |

## NOTICE OF CASE FILING DEFICIENCY

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on 10/24/2024 without all of required document(s), information, and/or fees as forth herein.

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** (i) file the deficient documents indicated below and/or pay the associated fee not later than three (3) days after the issuance of this notice; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) if applicable, timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Debtor's Federal Employer Identification Number (EIN) (Official Form 201) |
| ☐ | Signature of Attorney on Petition (Official Form 201) |
| ☐ | Signature of Debtor(s) on Petition (Official Form 201) |
| ☐ | List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204) |
| ☐ | List of Creditors which must include the name, mailing address, and zip code of each creditor included or to be included in Schedules D, E/F, G, and H (via the NextGen CM/ECF or in a format specified by the Clerk of the Court) |
| ☐ | Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201) |
| ☐ | A certificate, resolution, or other applicable documentation demonstrating that the filing is authorized by the Debtor. (Local Bankruptcy Rule 1007-2) |
| ☐ | A fee of $_____ is required for this filing. *See* Bankruptcy Court Filing Fee Schedule |
| ☐ | Filer is hereby notified payment submitted with the filing was not a permissible form of payment. *See* Local Rule 1006-1(a). |
| ☐ | Other *(Specify)*: |

**NOTICE IS HEREBY GIVEN that the Debtor and/or Debtor's attorney must by**: **11/07/2024** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☒ | Summary of Assets and Liabilities for Non-Individuals (Form 206Sum) |
| ☒ | Schedule A/B: Property (Official Form 206A/B) |
| ☒ | Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D) |
| ☒ | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F) |
| ☒ | Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G) |
| ☒ | Schedule H: Your Codebtors (Official Form 206H) |
| ☐ | Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) |
| ☒ | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) |
| ☐ | Names and addresses of equity security holders of the debtor. Fed. R. Bankr. P. 1007(a)(3). |
| ☐ | Local Official Form 102 (Disclosure of Compensation of Attorney for Debtor) |
| ☐ | Other *(Specify)*: |

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must by 09/11/2024:** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent statement of operations or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent cash-flow statement or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent federal income tax return or statement pursuant to 11 U.S.C. § 1116(1)(B). |

For the Court:
Angela D. Caesar
BY: MB
Dated: 10/24/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:  
Dlinas Properties LLC  
    Debtor

Case No. 24-00362-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 1  
Date Rcvd: Oct 24, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Dlinas Properties LLC, 3223 Warder St NW, Unit 2, Washington, DC 20010-3280 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor In Possession Dlinas Properties LLC dpress@chung-press.com pressdm@gmail.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4