**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00362-ELG |
| **Dlinas Properties LLC** <br> **Debtor(s).** | **Chapter 11** |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 12/11/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

The debtor (or debtor's representative) must attend the status hearing. Creditors may attend, but are not required to do so.

        For the Court:
        Angela D. Caesar
        BY: AM
        Dated: 10/31/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.