**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re ) | |
| ) | |
| Dlinas Properties LLC ) | |
| ) | Case No.    24-362 |
| Debtor. ) | Chapter 11 |
| ) | |

**MOTION TO EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**
(Clerk Order per L.R. 1007-1(d))

COMES NOW the Debtor, Dlinas Properties LLC, by counsel, and, pursuant to Fed. R. Bankr. P. Rule 1007(c) and Local Rule 1007-1(d), moves this honorable Court to extend the time for filing its schedules, statements and other initial documents as set forth in the notice filed on October 24, 2024 (Doc. #4), and in support thereof states the following:

1.  The Debtor's statements, schedules and other documents are due on November 7, 2024.

2.  Debtor requires additional time to gather information and prepare the necessary documents.

3.  The Meeting of Creditors is scheduled for November 21, 2024.

4.  A one-week extension from today's date, to November 14, 2024, will not adversely affect any party, and will still allow for the filing of the schedules well before the § 341 meeting of creditors. Being 7 days before the 341 meeting, this Motion may be automatically granted by the Clerk pursuant to Local Rule 1007-1(d).

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing Debtor's schedules, statements and other initial

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

documents from November 7, 2024 until November 14, 2024.

Dated: November 7, 2024.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of November, 2024, I caused to be served the foregoing Motion by CM/ECF upon the United States Trustee and all parties requesting such notice.

  /s/ Daniel M. Press
Daniel M. Press

2