**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re ) | |
| ) | |
| Dlinas Properties LLC ) | |
| ) | Case No.    24-362 |
| Debtor. ) | Chapter 11 |
| ) | |

**ORDER GRANTING MOTION TO EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**

Upon consideration of the Motion of the Debtor in the above captioned case, to Extend Time for filing its Statements, Schedules and other initial documents pursuant to Rule 1007(c), and the Motion being within the scope of Local Rule 1007-1(d)(1), it is hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

2

FURTHER ORDERED that the time for filing Debtor's schedules, statements and other initial documents as set forth in Docket Entry #4 be, and hereby is, EXTENDED from November 7, 2024 until November 14, 2024.

Pursuant to Local Rule 1007-1(d)(1), the debtor either must (i) file the lists, schedules, statements, and other documents or further motion to extend time for the same by November 14, 2024; or (ii) timely file a response and attend a hearing to explain why the case should not be dismissed.

I ASK FOR THIS:

  /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

Copies to:

Counsel for Debtor
U.S. Trustee

END OF ORDER

2