**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00362-ELG |
| **Dlinas Properties LLC**<br>**Debtor** | Chapter 11 |

**ORDER EXTENDING TIME**

On 11/07/2024, the Debtor(s) filed a bankruptcy petition in the above-captioned case. ECF No. 1. The Debtor(s) thereafter filed a MOTION TO EXTEND (ECF No. 12) (the "Motion to Extend") pursuant to Local Bankruptcy Rule 1007-1(d)(1) seeking an extension of time to file lists, schedules, statements, and other documents. Therefore, it is

**ORDERED** that the deadline to file any outstanding lists, schedules, statements, or other case opening documents is extended until 11/14/2024. It is further,

**ORDERED** that the Debtor either must (i) file the lists, schedules, statements, and other documents or a further motion to extend time for the same by 11/14/2024; or (ii) timely file a response and attend a hearing to explain why the case should not be dismissed. Such motion need only be served on the United States Trustee, any appointed trustee, and any official committee. It is further,

**ORDERED** that any party objecting to the relief granted in this Order shall have seven (7) days from the date of the entry of this Order to file an objection with the Court and to schedule a hearing on same.

    For the Court:
    Angela D. Caesar
    BY: CA

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.