**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re ) | |
| ) | |
|    Dlinas Properties LLC ) | |
| ) | Case No.     24-362 |
|    Debtor. ) | Chapter 11 |
| _____ ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEBTOR NOTICE OF MOTION, AND NOTICE OF OPPORTUNITY TO OBJECT

Daniel M. Press and Chung & Press, P.C. have filed a MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEBTOR. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before November 22, 2024, you or your attorney must file with the Court a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you file a timely response to the application, the Court may schedule a hearing on the motion. If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

      COME NOW Daniel M. Press and Chung & Press, P.C., attorneys for the Debtor, Dlinas Properties LLC, and, pursuant to Local 2071-1(a), moves this honorable Court for leave to withdraw as counsel for the Debtor, and in support thereof states the following:

    1.    This case was filed as an emergency matter on October 24, 2024.

    2.    Daniel M Press and Chung & Press, P.C. entered their appearance as

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

counsel for Debtor upon filing the petition. On October 25, 2024 Debtor filed an application to employ them as counsel (Dkt. 7). While an agreed order was submitted, it has yet to be entered.

       3.       On November 14, 2024 (the date on which schedules were due to be filed, as extended), the Debtor, through its sole and managing member, advised the undersigned that "Please take notice that Dlinas Properties is terminating your representation in our Chapter 11 bankruptcy effective immediately."

       4.       The undersigned believes that irreconcilable differences have arisen between the Debtor and counsel, and that withdrawal is ethically required.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and strike the appearance of Daniel M. Press and Chung & Press, P.C. as counsel for the Debtor.

Dated: November 15, 2024.

Respectfully submitted,

 /s/ Daniel M. Press  
Daniel M. Press, #419739  
Chung & Press, P.C.  
6718 Whittier Ave., Suite 200  
McLean, VA 22101  
(703) 734-3800  
(703) 734-0590 fax  
dpress@chung-press.com

## CERTIFICATE OF SERVICE

       This is to certify that on this 15th day of November, 2024, I caused to be served the foregoing Motion by CM/ECF upon the United States Trustee and all parties requesting such notice, by email upon the Debtor to dlinas.properties@gmail.com, and by first class mail to:

Dlinas Properties, LLC
Attn. Juana Rosa Minano, Managing Member
3223 Warder St. NW #2
Washington DC 20011

                                                /s/ Daniel M. Press
                                                Daniel M. Press