The order below is hereby signed.

Signed: November 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

-----------------------------------------------------------X
**In re:**                                                    :    Chapter 11
                                                              :
**Dlinas Properties LLC**                                     :    Case No.  24-362
    **Debtor.**                           :
                                                              :
-----------------------------------------------------------X

## ORDER APPROVING EMPLOYMENT OF COUNSEL

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating Daniel M. Press, and the law firm of Chung & Press, P.C. to perform legal services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that Daniel M. Press, and the law firm of Chung & Press, P.C., are hereby authorized and designated to perform legal services for the Debtor as necessary to assist the Debtor with respect to this case.

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

I ASK FOR THIS:


  /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION


/s/ Kristen Eustis
Office of the U.S. Trustee


Copies to:
Debtor
Counsel for Debtor
U.S. Trustee                              END OF ORDER