The order below is hereby signed.

Signed: November 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

-----------------------------------------------------------------X
In re:                                          :        **Chapter 11**
                                                :
**Dlinas Properties LLC**                       :        **Case No.  24-362**
          **Debtor.**                           :
                                                :
-----------------------------------------------------------------X

### ORDER APPROVING EMPLOYMENT OF COUNSEL

UPON CONSIDERATION of Debtor's Application for an Order authorizing and

designating Daniel M. Press, and the law firm of Chung & Press, P.C. to perform legal

services on behalf of the Debtor, proper notice having been given and no objections having

been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that Daniel M. Press, and the law firm of Chung & Press, P.C., are

hereby authorized and designated to perform legal services for the Debtor as necessary to

assist the Debtor with respect to this case.

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

I ASK FOR THIS:


 /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor


SEEN AND NO OBJECTION



/s/ Kristen Eustis
Office of the U.S. Trustee


Copies to:
Debtor
Counsel for Debtor
U.S. Trustee                    END OF ORDER

2

United States Bankruptcy Court

District of Columbia

In re:                                                                      Case No. 24-00362-ELG

Dlinas Properties LLC                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                    User: admin                              Page 1 of 1

Date Rcvd: Nov 15, 2024                 Form ID: pdf001                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

**Recip ID                Recipient Name and Address**
dbpos               +   Dlinas Properties LLC, 3223 Warder St NW, Unit 2, Washington, DC 20010-3280

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                  Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:**

**Name**                         **Email Address**

Daniel M. Press
                                 on behalf of Debtor In Possession Dlinas Properties LLC dpress@chung-press.com  pressdm@gmail.com

Daniel M. Press
                                 on behalf of Attorney Chung & Press  P.C. dpress@chung-press.com, pressdm@gmail.com

Kristen S. Eustis
                                 on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
                                 on behalf of Creditor WCP Fund I LLC mac@mbvesq.com
                                 lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
                                 USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 5