IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Dlinas Properties LLC,**<br><br>        **Debtor.** | **Case No. 24-00362-ELG**<br><br>**Chapter 11** |

### NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors held on Thursday, November 21, 2024 at 2:00 p.m., **has been continued to Friday, December 20, 2024 at 10:00 a.m.,** and will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  November 21, 2024

Gerard R. Vetter,
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on November 21, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis [Kristen.S.Eustis@usdoj.gov](mailto:Kristen.S.Eustis@usdoj.gov), [Robert.W.Ours@usdoj.gov](mailto:Robert.W.Ours@usdoj.gov)

Daniel M. Press [dpress@chung-press.com](mailto:dpress@chung-press.com), [pressdm@gmail.com](mailto:pressdm@gmail.com)

U. S. Trustee for Region Four [USTPRegion04.DC.ECF@USDOJ.GOV](mailto:USTPRegion04.DC.ECF@USDOJ.GOV)

Maurice Belmont VerStandig [mac@mbvesq.com](mailto:mac@mbvesq.com), [lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email](mailto:lisa@mbvesq.com)

                                            */s/ Robert W. Ours*
                                            Robert W. Ours
                                            Paralegal Specialist