Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-362-ELG |
| | ) | (Chapter 11) |
| DLINAS PROPERTIES LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION
TO MOTION TO DISMISS WITH PREJUDICE AND OF HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that WCP Fund I LLC has filed a motion to dismiss this bankruptcy proceeding and to bar Dlinas Properties LLC from refiling for bankruptcy protection for a period of at least one year.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE DECEMBER 11, 2024, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 18, 2024 at 10:00

1

AM. The hearing will be held in Courtroom 1 at the foregoing courthouse address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 25, 2024 | By: /s/ Maurice B. VerStandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for WCP Fund I LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system. A copy is also being sent, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig