Label Matrix for local noticing
0090-1
Case 24-00362-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Mon Nov 25 02:28:34 EST 2024

Chung & Press, P.C.
6718 Whittier Ave Ste 200
Mc Lean, VA 22101-4531

Dlinas Properties LLC
3223 Warder St NW
Unit 2
Washington, DC 20010-3280

WCP Fund I LLC
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

DLJ Mortgage Capital Inc.
448 Viking Dr Ste 350
Virginia Beach, VA 23452-7397

Select Portfolio Servicing
Bankruptcy Dept
PO Box 65250
Salt Lake City, UT 84165-0250

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

WCP Fund I LLC
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Washington Capital Partners
8401 Greensboro Dr
Ste 960
McLean, VA 22102-5149

Daniel M. Press
Chung & Press, P. C.
6718 Whittier Ave.
Suite 200
McLean, VA 22101-4531

End of Label Matrix
Mailable recipients    10
Bypassed recipients     0
Total                  10