The order below is hereby signed.

Signed: November 25 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

-------------------------------------------------------------X
**In re:**                                             :        Chapter 11
                                                       :
**Dlinas Properties LLC**                              :        Case No.  24-362
         **Debtor.**                                   :
                                                       :
-------------------------------------------------------------X

<u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>

UPON CONSIDERATION of the Motion of Daniel M. Press and Chung & Press, P.C. for leave to withdraw as counsel for the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Motion should be granted, it is hereby

ORDERED that Daniel M. Press, and the law firm of Chung & Press, P.C., are granted leave to withdraw as counsel, and their appearance is stricken, effective immediately.

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

I ASK FOR THIS:


 /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION :

/s/ Kristen Eustis
Kristen Eustis, Esq,
Office of the U.S. Trustee


Copies to:
Debtor
Chung & Press, P.C./Daniel M. Press (by CM/ECF)
U.S. Trustee (by CM/ECF)

END OF ORDER