UNTIED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

**FILED**

NOV 26 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE:

DLINAS PROPERTIES, LLC            )    Case No.24-362-ELG
                                  )
    Debtor                        )
                                  )    Chapter 11

# DLINAS PROPERTIES SOLE MEMBER RESPONSE TO MOTION TO DISMISS WITH PREJUDICE FILED BY WCP FUND.

COMES NOW, Juana Rosa Minano, the ("Sole Member") of Dlinas Properties, LLC and notifies the Court he following:

On October 25, 2024 Dlinas Properties was notified of the Motion to Dismiss filed by WCP by its counsel Daniel Press, upon conversation it was agreed that counsel was going to file a response with no objection to the dismissal as dismissal would be appropriate under the circumstances. Juana Rosa Minano sent an email to counsel requesting him to file the response with no objection.

On October 26, 2024 Juana Rosa Minano was informed by counsel Daniel Press that he was no longer counsel as of October 26, 2024 and therefore he could not file the consent for dismissal or no objection to the dismissal sought by WCP.

Juan Rosa Minano prays this Court to take into consideration the explicit instruction to counsel by Juana Rosa Minano on behalf of Dlinas to file the no objection to the dismissal.

Juana Rosa Minano informs the Court that it would be in the best interest for all the parties involved to dismiss this case, as sole member with 100% interest in the LLC she has the authority to make the decision for the LLC.

WHEREFORE, Juana Rosa Minano request this Honorable Court to dismiss the case with prejudice.

Respectfully submitted,

*Juana R Minano*
Juana Rosa Minano
Sole Member of
Dlinas Properties, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November 2024 a true copy of the foregoing **DLINAS PROPERTIES SOLE MEMBER RESPONSE TO MOTION TO DISMISS WITH PREJUDICE FILED BY WCP FUND** was sent via U.S. Mail, certified return receipt, postage prepaid, on to the following parties:

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
Counsel for WCP Fund I LLC

*Juana R Minano*
Juana Rosa Minano
Sole Member of
Dlinas Properties, LLC