The order below is hereby signed.

Signed: November 25 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

```
-----------------------------------------------------------X
In re:                                          :      Chapter 11
                                                :
Dlinas Properties LLC                           :      Case No.  24-362
        Debtor.                                 :
                                                :
-----------------------------------------------------------X
```

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION of the Motion of Daniel M. Press and Chung & Press, P.C. for leave to withdraw as counsel for the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Motion should be granted, it is hereby

ORDERED that Daniel M. Press, and the law firm of Chung & Press, P.C., are granted leave to withdraw as counsel, and their appearance is stricken, effective immediately.

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

I ASK FOR THIS:

  /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION :

/s/ Kristen Eustis
Kristen Eustis, Esq,
Office of the U.S. Trustee


Copies to:
Debtor
Chung & Press, P.C./Daniel M. Press (by CM/ECF)
U.S. Trustee (by CM/ECF)

END OF ORDER

United States Bankruptcy Court
District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00362-ELG |
| Dlinas Properties LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2024 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Dlinas Properties LLC, 3223 Warder St NW, Unit 2, Washington, DC 20010-3280 |
| aty | + Chung & Press, P.C., 6718 Whittier Ave Ste 200, Mc Lean, VA 22101, UNITED STATES 22101-4531 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor In Possession Dlinas Properties LLC dpress@chung-press.com  pressdm@gmail.com |
| Daniel M. Press | on behalf of Attorney Chung & Press  P.C. dpress@chung-press.com, pressdm@gmail.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1                          User: admin                                          Page 2 of 2
Date Rcvd: Nov 25, 2024                       Form ID: pdf001                                      Total Noticed: 2
TOTAL: 5