The order below is hereby signed.

Signed: January 2 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

```
-------------------------------------------------------X
In re:                                                 :     Chapter 11
                                                       :
Dlinas Properties LLC                                  :     Case No.  24-362
                Debtor.                                :
                                                       :
-------------------------------------------------------X
```

## ORDER GRANTING FINAL APPLICATION FOR COMPENSATION BY FORMER COUNSEL FOR DEBTOR

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to the Debtor-in-Possession, for final allowance of attorneys' fees covering the period from filing on October 24, 2024 through December 10, 2024, in the amount of $6237.00, and reimbursement for out-of pocket expenses in the amount of $7.12, for a total of $6244.12, for

Daniel M. Press, Bar #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
dpress@chung-press.com
703-734-3800
Former Counsel for Debtor

-1-

actual, necessary services rendered and actual, necessary expenses incurred, with authorization to apply the $7193 balance of the fee advance to satisfy the approved amount (with the surplus to be refunded to the Debtor/estate), notice having been sent to creditors and parties in interest, and no objections having been filed, IT IS, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of $6237.00, and reimbursement for out-of pocket expenses in the amount of $7.12, for a total of $6244.12, for actual, necessary services rendered and actual, necessary expenses incurred, said fees and expenses to be paid as a cost and expense of administration, and that the $7193 held in counsel's trust account may be applied towards such fees, with the surplus to be refunded to the Debtor/estate.

Copies to:

U.S. Trustee
Debtor

END OF ORDER

I ASK FOR THIS:

_/s/ Daniel M. Press_____
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com


SEEN AND NO OBJECTION :

/s/ Kristen Eustis_____
Kristen Eustis, Esq,
Office of the U.S. Trustee