The order below is hereby signed.

Signed: January 2 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

```
------------------------------------------------------------X
In re:                                         :    Chapter 11
                                               :
Dlinas Properties LLC                          :    Case No.  24-362
              Debtor.                          :
                                               :
------------------------------------------------------------X
```

### ORDER GRANTING FINAL APPLICATION FOR COMPENSATION BY FORMER COUNSEL FOR DEBTOR

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to the Debtor-in-Possession, for final allowance of attorneys' fees covering the period from filing on October 24, 2024 through December 10, 2024, in the amount of $6237.00, and reimbursement for out-of pocket expenses in the amount of $7.12, for a total of $6244.12, for

Daniel M. Press, Bar #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
dpress@chung-press.com
703-734-3800
Former Counsel for Debtor

-1-

actual, necessary services rendered and actual, necessary expenses incurred, with authorization to apply the $7193 balance of the fee advance to satisfy the approved amount (with the surplus to be refunded to the Debtor/estate), notice having been sent to creditors and parties in interest, and no objections having been filed, IT IS, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of $6237.00, and reimbursement for out-of pocket expenses in the amount of $7.12, for a total of $6244.12, for actual, necessary services rendered and actual, necessary expenses incurred, said fees and expenses to be paid as a cost and expense of administration, and that the $7193 held in counsel's trust account may be applied towards such fees, with the surplus to be refunded to the Debtor/estate.

Copies to:

U.S. Trustee
Debtor

END OF ORDER

I ASK FOR THIS:

  /s/ Daniel M. Press_____
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com


SEEN AND NO OBJECTION :

/s/ Kristen Eustis_____
Kristen Eustis, Esq,
Office of the U.S. Trustee

2

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00362-ELG

Dlinas Properties LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 02, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Chung & Press, P.C., 6718 Whittier Ave Ste 200, Mc Lean, VA 22101, UNITED STATES 22101-4531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3