The order below is hereby signed.

Signed: January 27 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-362-ELG |
| | ) | (Chapter 11) |
| DLINAS PROPERTIES LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Upon consideration of the Motion to Dismiss with Prejudice (the "Motion," as found at DE #18) filed by WCP Fund I LLC ("WCP"), the lack of opposition thereto, a hearing conducted thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Dlinas Properties LLC ("Dlinas") be precluded from filing a petition for bankruptcy relief, pursuant to Section 301 of Title 11 of the United States Code, for a period of one calendar year from the date of this order; and it is further

ORDERED, that should Dlinas file a bankruptcy protection in contravention of this order, or otherwise be subject to an involuntary petition for bankruptcy relief, during any point in time during the period of one year succeeding the date of this order, such shall *not* cause the automatic

stay, set forth in Section 362 of Title 11 of the United States Code, to have any force or effect as against WCP.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*